# Court of Appeals
# of the State of Georgia

ATLANTA,___May 04, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15D0365. SANDERSON FARMS, INC. et al. v. DAVID BUTLER.**

Applicants Sanderson Farms, Inc. and New Hampshire Insurance Company have filed a document labeled "Motion to Dismiss Appeal," essentially a motion to withdraw the application for discretionary appeal that they filed. The motion is hereby GRANTED, and this application is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,_____05/04/2015_____*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*